UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GLEN A. WITHAM, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:12-cv-00146-NT |
| | ) | |
| CORIZON, INC., et al, | ) | |
|     Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 17, 2012, her Recommended Decision (Docket No. 29). The Plaintiff filed his Objection to the Recommended Decision (Docket No. 31) on October 1, 2012. Defendants filed their their Response to the Defendants' objections (Docket No. 32) on October 15, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> the Defendants' motion to dismiss and dismiss with prejudice all federal constitutional and statutory claims be <u>GRANTED</u>.

3. It is further ORDERED that, to the extent that they have been pled in the Verified Complaint, any state law claims are <u>DISMISSED WITH PREJUDICE.</u>

SO ORDERED.

<u>/s/ Nancy Torresen</u>
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2012